# Exhibit A

**ACCOUNTABLE.US**

December 30, 2019
Ost.foia@dot.gov

<u>**Re: Freedom of Information Act Request**</u>

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the implementing regulations of your agency,[1] Accountable.US requests access to and copies of all drafts of all press releases from the Federal Aviation Administration ("FAA"), the Office of the Secretary of Transportation ("Secretary's Office"), and/or any division of the FAA or the Secretary's Office, drafted between March 10, 2019 and March 17, 2019, related to (i) Ethiopian Airlines Flight 302, (ii) Lion Air Flight 610, or (iii) the Boeing 737 MAX.

If possible, we would prefer to receive this information electronically via e-mail at RPTFOIAS@accountable.us. Alternatively, we prefer PDF files on a USB drive or CD/DVD sent by mail to Accountable.US, 1919 M St. NW, Suite 450, Washington, DC 20036. If you have questions or need additional information, please feel free to call me at (202) 644-8526 ext. 308.

**<u>Fee Waiver Request</u>**

Accountable.US requests a waiver of fees because its request is in the public interest.[2]  Alternatively, Accountable.US requests "news media" status such that it only must pay duplication fees after the first 100 pages.[3]

Fee waiver is appropriate because the disclosure of the requested information is "in the public interest because it is likely to contribute significantly to public understanding" of government operations and is not "primarily in the commercial interest of the requester." The disclosure of the information sought under this request will document and reveal the operations of the federal government, including how public funds are spent and how officials conduct the public's business.  It will thereby significantly increase the public's understanding of these issues.  And it will do so on issues for which there is significant and ongoing public interest, namely the multiple crashes of Boeing 737 MAX aircraft and the government actions before and after those crashes, including as reported on by the New York Times.  *See, e.g.*, https://www.nytimes.com/2019/03/10/world/africa/ethiopian-airlines-plane-crash.html (Mar. 10, 2019); https://www.nytimes.com/2019/12/23/business/Boeing-ceo-muilenburg.html?searchResultPosition=2 (Dec. 23, 2019).  Accountable.US has no, or very little, commercial interest in the disclosure, particularly in comparison to the obvious and significant public interest.

Alternatively, limitation of the fees charged to Accountable.US via recognition of Accountable.US's "media status" is consistent with how Accountable.US components, including Restore Public Trust, have been treated by multiple agencies. The U.S. Department of Agriculture, for example, recognized this status in light of the regular publication and dissemination activities in which Accountable.US engages. Accountable.US will use the information gathered, and its analysis of it, to educate the public through reports, press releases, or other media. Accountable.US will also make materials it gathers, along with its analysis of those materials, available on its public website.[4]

---

[1]  Title 49; *see, e.g.*, 49 C.F.R. Part 7.
[2] 5 U.S.C. § 552(a)(4)(A)(iii).
[3] 5 U.S.C. § 552(a)(4)(A)(ii)(II).
[4] Accountable.US and its components have demonstrated a commitment to public disclosure and public education through its website. For example, their websites contain multiple substantive analyses, document

1919 M St. NW, Suite 450
Washington, DC 20036          (202) 517-1172
info@accountable.us                                    Accountable.US

Finally, relevant to both Accountable.US's fee waiver request and its alternative "media status" request, this document request is primarily and fundamentally for non-commercial purposes. On March 26, 2019, Accountable.US applied to be recognized as a not for profit, 501(c)(3) organization, with the Internal Revenue Service. Accordingly, Accountable.US does not have a commercial purpose and the release of the information requested is not in Accountable.US's financial interest. Accountable.US's mission is to ensure public officials are advancing policies in the public's interest rather than for special interests.

Accordingly, Accountable.US qualifies for a fee waiver or, alternatively, for fee limitations because of its "media status."

**Conclusion**

If you have any questions regarding this request, including how to construe the records sought or appropriate searches to locate them, please contact Accountable.US.

If my request is denied in whole or in part, I ask that you justify all deletions by reference to specific exemptions of the act. Additionally, if any documents are withheld based on the Agency's interpretation of any exemption, Accountable.US requests that you provide an index of those documents as required under *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974). Specifically, this *Vaughn* index should describe withheld documents with enough specificity to determine whether the material is exempt under the act and must describe each document or portion withheld.

Thank you for your assistance.

Sincerely,

Johanna Albaugh
Accountable.US

---

repositories, and other educational resources: AlliedProgress.org/research; AlliedProgress.org/campaigns; RestorePublicTrust.org/news; restorepublictrust.org/bigpharmasbestfriends; WesternValuesProject.org/DepartmentofInfluence